UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 13-00175 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CHARLOTTE SMITH | MAG. JUDGE KAREN L. HAYES |

**ORDER**

The above-referenced matter is currently set for trial on May 12, 2004.  However, counsel have jointly and orally moved for a continuance of trial.  Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by granting a continuance of the trial in this matter to a setting outside the time period of the Speedy Trial Act outweigh the public's and Defendant's interest in a speedy trial.  Specifically, the Court finds that, in this case, a continuance is warranted by Defendant's medical condition, which requires her to be housebound at this time.  Therefore,

IT IS ORDERED that the joint oral motion to continue trial is GRANTED, and trial is CONTINUED WITHOUT DATE.

IT IS FURTHER ORDERED that the parties file a joint status report no later than June 12, 2014.

MONROE, LOUISIANA, this 7th day of April, 2014.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE